UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ENTRUST GREAT LAKES, LLC,**

    Plaintiff,

-vs-

**CATHY I. DAVIS,**
or her unknown heirs, devisees
or assignees,

**PERCY F. JONES,**
or her unknown heirs, devisees
or assignees,

**PENELOPE JONES,**
or her unknown heirs, devisees
or assignees, and

**UNITED STATES OF AMERICA,**
a governmental entity,

    Defendants.

_____/

Case No. 2:08-cv--14872
Hon. Patrick J. Duggan
Mag. Judge Komives

(formerly removed Wayne
County Cir. Ct. No. 08-122625-CH)

## **DEFAULT JUDGMENT TO QUIET TITLE**

UPON the Motion for Entry of Judgment of the Plaintiff, ENTRUST GREAT LAKES, LLC, and after a Default of the Defendants CATHY I. DAVIS, PERCY F. JONES and PENELOPE JONES, being entered for failing, within the time permitted, to answer or take other action permitted by law, and the court being fully informed in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that the Defendants' Cathy I. Davis, Percy F. Jones and Penelope Jones, interest(s) and the interest(s) of their heirs, devisees, successors and assigns in the property legally described as:

Lot 21, Elmhurst Park Subdivision as recorded in Liber 34, Page 86, Wayne

County Records, commonly known as: 5516 Webb, Detroit, Michigan 48204, are extinguished.

IT IS FURTHER ORDERED that the Defendants' interest(s) in the Property is/are hereby vested in the Plaintiff.

IT IS FURTHER ORDERED AND ADJUDGED that this Judgment be recorded with the Register of Deeds.

IT IS FURTHER ORDERED AND ADJUDGED that the interest of Defendant United States of America, remain pending before this court and shall not be affected by this order.

Dated: 5/12/09

_____
HON. PATRICK J. DUGGAN
UNITED STATES DISTRICT COURT JUDGE