UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ENTRUST GREAT LAKES, LLC**,

        Plaintiff,

-vs-

**CATHY I. DAVIS**,
or her unknown heirs, devisees
or assignees,

**PERCY F. JONES & PENELOPE JONES**,
or their unknown heirs, devisees
or assignees, and

**UNITED STATES OF AMERICA**,
a governmental entity,

        Defendants.
_____/

Case No. 2:08-cv--14872
Hon. Patrick J. Duggan
Mag. Judge Komives

(formerly removed Wayne
County Cir. Ct. No. 08-122625-CH)

| | |
|---|---|
| Darren Findling (P51350) | Francis L. Zebot (P22700) |
| Andrew J. Black (P64606) | Assistant US Attorney |
| The Findling Law Firm, P.L.C. | US Dept of Justice |
| Attorneys for Plaintiff | 211 W Fort St Ste 2001 |
| 415 S. West Street, Suite 200 | Detroit, MI  48226 |
| Royal Oak, Michigan 48067 | (313) 226-9774 |
| (248) 399-3300 | |

_____/

## **STIPULATION**

The signatures below signify approval of the attached Stipulated Order of Dismissal as to form and substance by the signing parties.

Respectfully Submitted:

| | |
|---|---|
| By: /s/ Andrew J. Black | By: /s/ with consent of Francis L. Zebot |
| Robert A. Dubin  (P51247) | Francis L. Zebot (P22700) |
| Philip C. Johnson (P69758) | Assistant US Attorney |
| 415 S. West Street, Suite 200 | 211 W Fort St Ste 2001 |
| Royal Oak, MI 48067 | Detroit, MI  48226 |
| (248) 399-3300 | (313) 226-9774 |
| andrew@findlinglaw.com | Francis.Zebot@usdoj.gov |
| Attorneys for Plaintiff | Attorney for Defendant USA |

Dated: May 19, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ENTRUST GREAT LAKES, LLC**,

        Plaintiff,

-vs-

**CATHY I. DAVIS**,
or her unknown heirs, devisees
or assignees,

**PERCY F. JONES & PENELOPE JONES**,
or their unknown heirs, devisees
or assignees, and

**UNITED STATES OF AMERICA**,
a governmental entity,
        Defendants.
_____/

Case No. 2:08-cv--14872
Hon. Patrick J. Duggan
Mag. Judge Komives

(formerly removed Wayne
County Cir. Ct. No. 08-122625-CH)

## STIPULATED ORDER OF DISMISSAL

      This matter having come before the court on the mutual stipulation of the parties in view of a monetary settlement in exchange for a discharge of the SBA mortgage, and the court being fully informed in the premises;

      IT IS HEREBY ORDERED that the action is dismissed as to Defendant United States of America with prejudice, with each side to bear its own costs, expenses, and attorneys' fees.

      IT IS FURTHER ORDERED that this resolves the last pending claim and closes the case.

              s/Patrick J. Duggan
              Patrick J. Duggan
              United States District Judge

Dated: May 26, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 26, 2009, by electronic and/or ordinary mail.

              s/Marilyn Orem
              Case Manager